IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMALL BUSINESS ADMINISTRATION | : | |
| (SBA) RESTAURANT | : | |
| REVITALIZATION FUND | : | NO. 22-4104 |

# ORDER

**AND NOW**, this 10th day of January, 2024, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 16), to which Plaintiff has failed to file a response, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.  **IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE**.  The Clerk shall close this case.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.